IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:11-cr-00004-1
)
Joseph Green, )
)
    Defendant. )
)

# ORDER

Before the Court is Defendant's Motion for the preparation of a new presentence investigation report and resentencing.

Defendant was sentenced by this Court on May 18, 2011, to a 100-month custodial term for the offense of possession of a firearm by a convicted felon. At Defendant's sentencing, one of the guideline enhancements adopted by the Court, pursuant to U.S.S.G. § 2K2.1(b)(6), was a four-level increase to denote that the firearm was possessed in connection with the offense of possession of marihuana with intent to distribute.

Defendant's presentence investigation report reflected that two bags of marihuana were found inside a jacket that Defendant threw to the ground as he ran from police. The jacket also contained a loaded magazine for the firearm Defendant possessed. In addition, thirty-six bags of marihuana and a digital scale were found inside the vehicle Defendant had been driving and had fled from on foot when police confronted him.

As a result of the above-described conduct, Defendant was charged by state authorities with possession of marihuana with intent to distribute and a firearm offense, with the firearm-related conduct subsequently being adopted by federal authorities. As asserted by Defendant, the state nol-prossed

its charges against him, including the drug charge, within a few days of Defendant's sentencing by this Court.

In his Motion, Defendant essentially asserts that because he was not convicted of the drug charge in state court, the conduct underlying that charge cannot be considered by this Court in support of the four-level enhancement mentioned above. Defendant therefore requests that his presentence investigation report be amended to remove that enhancement, and that he be resentenced.

U.S.S.G. § 2K2.1(b)(6)(B) provides for a four-level increase to an offense level "[i]f the defendant used or possessed any firearm or ammunition in connection with another felony offense." The Commentary to § 2K2.1, specifically Application Note 14(C), sets forth that "'another felony offense,' for purposes of subsection (b)(6)(B), means any federal, state, or local offense, other than the explosive or firearms possession or trafficking offense, punishable by imprisonment for a term exceeding one year, *regardless of whether a criminal charge was brought, or a conviction obtained*" (emphasis added).

The Court applied the four-level enhancement at issue here based on a preponderance of the evidence that Defendant possessed a firearm in connection with a felony drug offense. As the Commentary to § 2K2.1 makes plain, the Defendant need not have been convicted of the drug-related conduct --- or even *charged* with it --- in order for the Court to make such a

Joseph Green
Order on Motion
Page 3

finding. As such, the fact that Defendant's drug charge was nol-prossed in state court has no impact on this Court's sentencing determinations as to Defendant.

For this reason, Defendant's Motion is **DENIED**.

SO ORDERED this 29th day of APRIL, 2016.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA